IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| QUENTON GITTENS, a/k/a <br> TIM GITTENS, a/k/a <br> HEADACHE <br><br> v. <br><br> THE BASKETBALL MARKETING <br> COMPANY, INC. d/b/a AND 1 | : CIVIL ACTION <br> : <br> : <br> : <br> : <br> : <br> : <br> : NO. 04-1129 |

O R D E R

AND NOW, this 10th day of December, 2010, upon consideration of Plaintiff's Motion In Limine To Preclude Defendants From Stating In Front Of The Jury That AND 1 Has A Perpetual Irrevocable License, docketed in this action as Document 99, and the response thereto, it is hereby ORDERED that the motion is DENIED with some modification or explanation as set forth in the accompanying Opinion.

BY THE COURT:

_____
JACOB P. HART
UNITED STATES MAGISTRATE JUDGE